**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**KRISTINA KASTL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER
Before the Court En Banc

Before the Court is appellant's April 21, 2014 motion for change of venue. In his motion, appellant requests that all of his pending cases before this Court be transferred to another appellate court. We **DENY** appellant's motion to the extent that it requests the transfer of all of his appeals pending before this Court.

To the extent appellant's motion requests a change in venue because he does not believe that he can be treated fairly, we treat his motion as a motion to recuse each individual justice of this Court. We likewise **DENY** appellant's motion.

The appellate cause numbers and case names of appellant's pending appeals are as follows:

1. 05-13-00170-CV; *Eric Drake v. Carmen Sifuentes, et al.*;

2. 05-13-00871-CV; *Eric Drake v. Travelers Indemnity Co., et al.*;

3. 05-13-00894-CV; *Eric Drake v. Kristina Kastl*;

4. 05-13-01520-CV; *Eric Drake v. Travelers Indemnity Co., et al.*; and

5. 05-14-00355-CV; *Eric Drake v. Stephen Walker, et al.*

We note that appellant has sent communications regarding his appeals directly to the justices of this Court. Appellant is advised that it is improper to communicate directly with a justice of this Court regarding his cases. All communications are to be directed to the Clerk of this Court. *See* TEX. R. APP. P. 9.6.

We further note that appellant has personally attempted to serve process on several justices of this Court. Appellant is hereby **ORDERED** to cease and desist from threatening, harassing, stalking, or otherwise having any personal contact with any justice of this Court. Failure to obey this order will result in referral of this matter to the appropriate law enforcement authorities.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE